UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHAHIN MIAH,

                    Plaintiff,                                    **JUDGMENT**
                                                                 14-CV-2718 (RRM)
          - against -

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

     A Memorandum and Order of the undersigned having been filed this day denying the

Commissioner's motion for judgment on the pleadings,  granting Miah's cross-motion for

judgment on the pleadings, and remanding the case to the Commissioner for further proceedings

consistent with this Court's Memorandum and Order; it is hereby

     ORDERED and ADJUDGED that this matter is remanded to the Commissioner of Social

Security.


Dated: Brooklyn, New York            *Roslynn R. Mauskopf*
      March 29, 2016            _____
                                     ROSLYNN R. MAUSKOPF
                                     United States District Judge